# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL G.A. NEREZ, III,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

Case No.  2:15-cv-01953-JAD-CWH

**Order**

## I.  DISCUSSION

Based on the Nevada Department of Corrections inmate search website, it appears that Plaintiff is no longer incarcerated.  Plaintiff has not filed an updated address with the Court.  The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.  The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED March 21, 2016

_____
United States Magistrate Judge